1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

JOSE A. CASTRO,

        Plaintiff,

        v.

LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT, et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. CV 19-8225-JGB (AGR)

**ORDER TO SHOW CAUSE WHY THIS
ACTION SHOULD NOT BE DISMISSED
WITHOUT PREJUDICE**

17
      On September 23, 2019, Plaintiff, an incarcerated inmate proceeding pro se, filed

18
a civil rights action pursuant to 42 U.S.C. §1983 against Los Angeles Count Sheriff's

19
Department and Deputy Bonner alleging violation of his religious rights.  Plaintiff alleges

20
that Defendants denied his rights to Jehovah Witness church services during his

21
incarceration.  (Dkt. No. 1.)

22
      The Court granted Plaintiff's request to proceed without prepayment of filing fees

23
and ordered the United States Marshal to proceed with the service of process upon the

24
Defendants Los Angeles County Sheriff's Department and Deputy Bonner.  (Dkt. Nos.

25
4, 5.)

26
      On October 31, 2019, November 4 and 25, 2019, the court's mail was returned

27
as undeliverable by the postal service indicating "Return to Sender, Attempted - Not

28
Known, Unable to Forward, Return to Sender - Released." (Dkt. No. 7, 8 and 14.)

1    On November 21, 2019, Defendants filed an Answer to Plaintiff's Complaint.

2  (Dkt. No. 11.)

3    On November 26, 2019, the Court issued an Order re Discovery and Motions that

4  set the discovery and motions deadlines in this case.  (Dkt. No. 13.)

5    On December 9, 2019, the mail was returned as undeliverable by the postal

6  service indicating "Return to Sender, Attempted - Not Known, Unable to Forward -

7  Released."  (Dkt. No. 18.)

8    Local Rule 41-6 requires that a Plaintiff proceeding pro se must keep the Court

9  apprised of the Plaintiff's current address.  In addition, Local Rule 41-6 provides that

10  "the Court may dismiss the action with or without prejudice for want of prosecution" if

11  the Plaintiff fails to notify the Court in writing of Plaintiff's current address within 15 days

12  after mail is returned as undeliverable by the Postal Service.

13    Plaintiff has failed to notify the court in writing of Plaintiff's current address within

14  15 days after mail is returned as undeliverable as required in Local Rule 41-6.

15    Accordingly, IT IS ORDERED that, on or before **April 6*, 2020*, Plaintiff shall show

16  good cause, if there be any, why this action should not be dismissed without prejudice

17  for failure to prosecute and/or failure to comply with a court order.  ***Filing a Notice of***

18  ***Current Address on or before April 6, 2020, shall be deemed compliance with this***

19  ***Order to Show Cause.***

20    ***If Plaintiff does not timely file a Notice of Current Address on or before***

21  ***April 6, 2020, or otherwise respond to this Order to Show Cause, the court may***

22  ***recommend that the action be dismissed without prejudice for plaintiff's failure to***

23  ***prosecute and/or failure to comply with a court order.***  *See Link v. Wabash R.R.,*

24  *370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962).*

25

26  DATED: March 6, 2020

_____
      ALICIA G. ROSENBERG
27                                    UNITED STATES MAGISTRATE JUDGE

28

2